No. 3588.—PUEBLO, apldo., v. CORREA, aplte.—C. D. San

Juan. Acometimiento y agresión con circunstancias agravantes. Junio 26, 1928.